UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PASCUALA MATA,

        Plaintiff,

  v.

CHIPOTLE SERVICES, LLC,

        Defendant.

Case No. 5:16-cv-00168-BLF

**CASE MANAGEMENT ORDER**

On 05/05/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/15/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/24/2018 at 1:30 p.m. |
| Trial | 06/18/2018 at 9:00 a.m. |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.

3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

5     IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule to trial by 06/02/2016.

7     IT IS FURTHER ORDERED THAT this case is referred to ADR for Mediation, to be
8 completed within 90 days of this order.

10 Dated: 05/05/2016

_____
BETH LABSON FREEMAN
United States District Judge