UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PASCUALA MATA,<br><br>    Plaintiff,<br><br>v.<br><br>CHIPOTLE SERVICES, LLC,<br><br>    Defendant. | Case No. 5:16-cv-00168-BLF (HRL)<br><br>**ORDER RE IMPROPER EMAIL COMMUNICATIONS** |

The court is informed that this morning, plaintiff's counsel emailed correspondence to court staff about a discovery dispute. That is not an appropriate way to communicate with the court about such matters. Parties wishing to bring a discovery dispute to the court's attention must do so through a joint report prepared in compliance with the undersigned's Standing Order re Civil Discovery Disputes or, if the parties are unable to prepare a joint report (and for the court's evaluation of potential sanctions), through a unilateral report explaining why no joint report was prepared in compliance with the undersigned's standing order.

SO ORDERED.

Dated: March 5, 2018

HOWARD R. LLOYD
United States Magistrate Judge