UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PASCUALA MATA,

        Plaintiff,

   v.

CHIPOTLE SERVICES, LLC,

        Defendant.

Case No. 5:16-cv-00168-BLF (HRL)

**ORDER SETTING HEARING RE "DISCOVERY DISPUTE JOINT REPORT #1"**

Re: Dkt. No. 34

The court will hear "Discovery Dispute Joint Report #1" at 10:00 a.m. on April 6, 2018. **Lead counsel for both sides shall appear in person**.

In the meantime, plaintiff shall immediately lodge with chambers a copy of the Fed. R. Civ. P. 30(b)(6) deposition testimony of Justin Jabali.

    SO ORDERED.

Dated:  March 22, 2018

 

HOWARD R. LLOYD
United States Magistrate Judge