UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PASCUALA MATA,<br>   Plaintiff,<br>  v.<br>CHIPOTLE SERVICES, LLC,<br>   Defendant. | Case No. 5:16-cv-00168-BLF (HRL)<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO APPEAR AND SHOW CAUSE RE SANCTIONS** |

  This court previously set an April 6, 2018 hearing re plaintiff's March 13, 2018 discovery report, directing lead counsel for both sides to appear in person. (Dkt. 35). Subsequently, the court re-set the hearing to April 20, a date when lead defense counsel, Charles Cavanagh, indicated he would be available. (Dkt. Nos. 36, 38). When Mr. Cavanagh later advised that he would not be able to appear in person, the court (with some reluctance) permitted Mr. Cavanagh to appear at the April 20 hearing by phone and ordered him to arrange for appearance via CourtCall. (Dkt. 44). Mr. Cavanagh, however, failed to appear and provided no explanation for his absence.

  Accordingly, Mr. Cavanagh shall appear in person before this court on **May 15, 2018, 10:00 a.m.** at the United States District Court, Courtroom 2, 5th Floor, 280 South First Street, San Jose, California and show cause why he should not be sanctioned for his failure to appear and

failure to comply with the court's order.[1]

SO ORDERED.

Dated: April 24, 2018

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] Plaintiff's counsel need not appear at the show cause hearing, but may do so if they choose.